**1008**

Concur — Peck, P. J., Bastow, Botein and Rabin, JJ.

■

MURRAY DULBERG, Respondent, v. HUGO MOCK et al., Doing Business under the Name of MOCK & BLUM, Appellants.—

Concur — Peck, P. J., Bastow, Botein and Rabin, JJ.

■

MALCOLM QUICK, an Infant, by His Guardian ad Litem, NAOMI QUICK, et al., Appellants-Respondents, v. MYRENA REALTY CORPORATION, Respondent-Appellant.—

Order unanimously affirmed. Concur — Bastow, J. P., Botein, Rabin and Cox, JJ.

■

GEORGE SCHLOSSBERG, Respondent, v. IRVING SCHLOSSBERG et al., Appellants.

Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

In the Matter of the Accounting of JULIUS PESKIN et al., as Executors of JACOB PESKIN, Deceased, Respondents. LEON PESKIN, Appellant No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [See 1 A D 2d 664.]

In the Matter of the Arbitration between AARONSON BROS. PAPER CORPORATION, Appellant, and SOL FISHKO, as President of Printing Specialties and Paper Products Union Local 447, International Printing Pressmen and Assistants Union of N. A., American Federation of Labor, Respondent.— No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

ANDREW J. FEINMAN, Respondent, v. EDITH PIAF, Appellant.— No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

IRVING LIEBLICH, Respondent, v. GEORGE MANSON, Appellant.— No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

BEEKMAN-DOWNTOWN HOSPITAL, Respondent, v. TRAVELERS INSURANCE COMPANY et al., Appellants. TRAVELERS INSURANCE COMPANY et al., Interpleading-Plaintiffs-Appellants, v. RAYMOND MILLER et al., Interpleaded-Defendants-Respondents.— No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

In the Matter of INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Respondent, against W. E. HEDGER TRANSPORTATION CORPORATION, Judgment-Debtor. HAIGHT, DEMING, GARDNER, POOR & HAVENS, Third Party; HORACE M. GRAY, Appellant.— No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [See post, p. 1090.]

FRANK PRESCOTT, Appellant, v. PETER GILLEN et al., Respondents.— 

Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.